UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION


LONNELL EDMUND CONYERS,                 )
           Plaintiff,                 )
                                 )
                                 )       **JUDGMENT IN A CIVIL CASE**
      v.                 )       **CASE NO. 7:12-CV-12 -BO**
                                 )
MICHAEL J. ASTRUE,                 )
Commissioner of Social Security,                 )
           Defendant.                 )


**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:


**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion for Judgment on the pleadings is GRANTED, and the decision of the Commissioner is REVERSED. The decision of whether to reverse and remand for benefits or reverse and remand for a new hearing is one which "lies within the sound discretion of the district court." *Edwards v. Bowen*, 672 F.Supp.230,236 (E.D.N.C. 1987). Accordingly, this case is REMANDED for an award of benefits.


**This Judgment Filed and Entered on February 5, 2013, and Copies To:**

Michael Gray Gillespie (via CM/ECF Notice of Electronic Filing)
James B. Gillespie, Jr. (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)


DATE                                        JULIE A. RICHARDS, CLERK
February 5, 2013                             /s/ Susan K. Edwards
                                     (By) Susan K. Edwards, Deputy Clerk