IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO.7:12-CV-12-BO

LONNELL EDMUND CONYERS,            )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )
                                    )    ORDER FOR EAJA FEES
CAROLYN W. COLVIN                   )
Acting Commissioner of Social Security, )
                                    )
        Defendant.                  )
_____)

The Court hereby awards Plaintiff $5,800 in attorney fees under the Equal Access to Justice Act (28 U.S.C. § 2412(c) and (d)), paid to Plaintiff's attorney Michael G. Gillespie if there is no debt that qualifies under the Treasury Offset Program (31 U.S.C. § 3716). If there is such a debt, any fee remaining after offset will be delivered to Plaintiff's attorney.

SO ORDERED this 26 day of May, 2013.

BY: *Terrence Boyle*